**Order entered June 8 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-01060-CR
No. 05-15-01061-CR
No. 05-15-01062-CR

**DANNY RICHARD MINOR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 416-82236-2014, 416-82237-2014, & 416-82238-2014**

## ORDER

The Court **REINSTATES** these appeals.

On May 2, 2016, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeals; (2) appellant is indigent and represented by court-appointed counsel William "Bill" Schultz; (3) counsel's explanation for the delay in filing appellant's brief is due to his work load and the extensive record in these cases, and (4) counsel will file appellant's brief no later than July 11, 2016.

We **ORDER** appellant to file his brief on or before July 11, 2016.

/s/     ADA BROWN
        JUSTICE